## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELECTRICAL WORKERS PENSION FUND LOCAL 103 I.B.E.W., on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | Civil Action No. 19-cv-314 (MPS) |
| vs. | ) ) | |
| BANK OF AMERICA, N.A., BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LIMITED, ROYAL BANK OF SCOTLAND PLC, NATIONAL WESTMINSTER BANK PLC, NATWEST MARKETS SECURITIES INC. (F/K/A RBS SECURITIES INC.), and JOHN DOES 1-50, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | April 17, 2019 |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Electrical Workers Pension Fund Local 103 I.B.E.W. files this Notice of Voluntary Dismissal of the above-captioned matter. This dismissal is made without prejudice.

          By: /s/ David A. Slossberg
          HURWITZ SAGARIN SLOSSBERG
          & KNUFF, LLC
          David A. Slossberg (ct13116)
          David L. Belt (ct04274)
          Jeffrey P. Nichols (ct29547)
          147 North Broad Street
          Milford, CT 06460
          Tel: (203) 877-8000
          Fax: (203) 878-9800
          dslossberg@hssklaw.com
          dbelt@hssklaw.com
          jnichols@hssklaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on April 17, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing was sent via e-mail to all parties by operation of the Court's electronic filing system, and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic CM/ECF system.

/s/ David A. Slossberg
David A. Slossberg